IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BANK OF NEW YORK
as Trustee,

    Plaintiff,

    v.

DON WILSON
And All Others,

    Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-332-TWT

ORDER

This is a dispossessory action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending that this action be remanded to the State Court of Cobb County. This Court lacks subject matter jurisdiction of this action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the State Court of Cobb County.

SO ORDERED, this 22 day of February, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\08\Bank of New York\remand.wpd